IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-02363-RPM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JOHN R. ADAMS, as Trustee of the RWA Family Trust 1982-1-, general partner of the
ROBERT W. ADAMS FAMILY PARTNERSHIP, LTD.,
ROBERT W. ADAMS FAMILY PARTNERSHIP, LTD.,
JOHN R. ADAMS, as trustee of the ROBERT W. ADAMS TRUST,

        Defendants.

---

ORDER SETTING PRETRIAL CONFERENCE

---

The Court having determined that this case should now be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **May 2, 2006, at 11:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/rules frame.htm** (Appendix G).   In addition, the proposed Final Pretrial Order shall be submitted by **April 27, 2006,** via E-mail to **Matsch_Chambers@cod.uscourts.gov**.

Dated: March 22nd, 2006

BY THE COURT:

S/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge