**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-cv-2363-RPM-BNB

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

JOHN R. ADAMS, as trustee of the RWA Family Trust 1982-1, general partner of the ROBERT W. ADAMS FAMILY PARTNERSHIP, LTD, *et al.*

      Defendants.

___

**ORDER OF DISMISSAL**
___

    Upon the Stipulation of the plaintiff and defendants, it is hereby ORDERED that this action is dismissed with prejudice; and it is further ORDERED that each party shall bear its own costs and attorney's fees.

    DATED this 21st day of November, 2006.

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch
                        Senior District Judge